

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00134-CV

Tammy **BARBA**,
Appellant

v.

**RIDGE CREST MHC**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2024CV10704
Honorable Cesar Garcia, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
              Irene Rios, Justice
              Velia J. Meza, Justice

Delivered and Filed: June 18, 2025

DISMISSED

On May 27, 2025, appellant filed a motion to dismiss, asking this court to dismiss her appeal. Appellants' motion to dismiss is granted and the appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM